Kristina N. Holmstrom
State Bar No. 10086
Nicole M. True
State Bar No. 12879
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: kholmstrom@lrrlaw.com
       ntrue@lrrlaw.com
*Attorneys for Defendant Lafayette Life Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sammie Smith,<br><br>                    Plaintiff,<br><br>vs.<br><br>Lafayette Life Insurance Company, an Ohio corporation; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>                    Defendants. | CASE NO. 2:15-CV-00853-RFB-GWF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The parties, by and through counsel undersigned, hereby stipulate to dismiss this matter with prejudice with each party to bear its own costs and fees.

    DATED this 29th day of September, 2015.

| LAW OFFICE OF JULIE A. MERSCH | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By: */s/ Julie A. Mersch*<br>    Julie A. Mersch<br>    Law Office of Julie A. Mersch<br>    701 S. 7th Street<br>    Las Vegas, NV 89101<br>    *Attorney for Plaintiff* | By: */s/ Kristina N. Holmstrom*<br>Kristina N. Holmstrom<br>Nicole M. True<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>*Attorneys for Defendant Lafayette Life Insurance Company* |

6693296_1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sammie Smith,<br><br>                              Plaintiff,<br><br>vs.<br><br>Lafayette Life Insurance Company, an Ohio corporation; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>                              Defendants. | CASE NO.  2:15-CV-00853-RFB-GWF<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before this Court on the parties' stipulation to dismiss with prejudice.

As there is good cause,

IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of September, 2015.

6693504_1